```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                Case No. 15-05084-JJT
Joseph Kollar                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: CGambini        Page 1 of 1        Date Rcvd: Jul 19, 2017
                            Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
4775107        +LakeView Loan Servicing, LLc,   Cenlar,   425 Phillips Boulevard,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
          Carlo Sabatini    on behalf of Debtor Joseph Kollar usbkct@bankruptcypa.com,
           kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
           ypa.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing,LLC bkgroup@kmllawgroup.com
          Jerome B Blank   on behalf of Creditor   Lakeview Loan Servicing,LLC pamb@fedphe.com
          Mario John Hanyon   on behalf of Creditor   Lakeview Loan Servicing,LLC pamb@fedphe.com
          Mario John Hanyon   on behalf of Creditor   Prospect Mortgage LLC pamb@fedphe.com
          Recovery Management Systems Corporation   claims@recoverycorp.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                              TOTAL: 9
```

**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-05084-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Kollar
335 Knapp Road
Clarks Summit PA 18411

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 8: LakeView Loan Servicing, LLc, Cenlar, 425 Phillips Boulevard, Ewing, NJ 08618 | M&T as Servicer for Lakeview Loan Serv. LLC<br>P.O.Box 62182,Baltimore,MD 21264<br>M&T as Servicer for Lakeview Loan Serv.<br>P.O.Box 62182,Baltimore,MD 21264 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/21/17

Terrence S. Miller
**CLERK OF THE COURT**