IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER THIRTEEN |
| | : | |
| JOSEPH KOLLAR | : | BANKRUPTCY NO.: 5-15-bk-05084-JJT |
| aka Joe Kollar, | : | |
| | : | |
| DEBTOR | : | |

*****************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER THIRTEEN |
| | : | |
| ANDREW PAUL LOPUHOVSKY, SR., | : | BANKRUPTCY NO.: 5-18-bk-02638-JJT |
| PAULETTE MARIE LOPUHOVSKY, | : | |
| | : | |
| DEBTORS | : | |

# ORDER

Upon consideration of correspondence filed by Debtors' counsel in the above bankruptcy cases requesting a continuance of the February 5, 2019 hearing on the Applications for Compensation and Reimbursement of Expenses filed in each of those cases, **IT IS HEREBY**

**ORDERED** that the Request to Continue is GRANTED. The HEARING on counsel's fee applications is *rescheduled* to **MARCH 6, 2019**, at **9:30** o'clock A.M. in Bankruptcy Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

**IT IS FURTHER ORDERED** that all electronic exhibits counsel will present at the hearing via the Electronic Evidence Presentation System ("EEPS") shall be uploaded into the Cloud Evidence System ("CES") at least three days prior to the hearing pursuant to L.B.R. 9070-1(b)(3). The Clerk is directed to treat these electronic exhibits as "confidential" pending further Order of this Court.

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)

Date: January 31, 2019