# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| In re Joseph Kollar, | Case No. 5:15-bk-05084-RNO |
| Debtor | |

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:_____

My current employer and my employer's address:_____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or

---

[*] Amounts are subject to adjustment on 4/1/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375 * in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  12 / 23 / 2020

*(signature)*

Debtor Joseph Kollar

# Signature Certificate

Document Ref.: DLMMS-U7GYA-5AFSD-ZRVLU

Document signed by:



Joseph Kollar

Verified E-mail:
jjk77227@hotmail.com

IP: 174.60.134.34   Date: 23 Dec 2020 18:36:55 UTC



Document completed by all parties on:
23 Dec 2020 18:36:55 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

